IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re the matter of

ANTHONY SPATOLA
d/b/a COBALT-EDI, LLC,

Debtor.

NO. 18-28007
CHAPTER 13

JUDGE DEBORAH L. THORNE

### AGREED REPAYMENT ORDER WITH PROVISIONS FOR STAY RELIEF UPON DEFAULT

THIS CAUSE coming on to be heard on the motion of SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2, its Successors and/or Assigns for relief from the automatic stay, the Court having jurisdiction over the subject matter;

**IT IS HEREBY ORDERED AND AGREED:**

1. Debtor made the following payments in response to Movant's motion filed on 3/25/2019: $8,000.00 on 4/3/2019; $2,000.00 on 4/3/2019; $2,500.00 on 4/23/2019; and $2,012.00 on 4/23/2019. These payments when received by Movant in good funds will cure the post-petition default of $14,511.16 through April 2019.

2. Debtor shall continue to make post-petition mortgage payments directly to Creditor continuing monthly thereafter for the pendency of the bankruptcy.

3. If the movant fails to receive two post-petition monthly mortgage payments, thereby rendering the Debtor two months in post-petition default, the stay shall be automatically modified pursuant to §§362 and 1301, and as to an individual by the name of Rosetta Spatola, and Bankruptcy Rule 4001(a)(3) waived, as to movant, its principals, agents, successors and/or assigns, as to certain property, with a common address of 830 Parkwood Ave., Park Ridge, Illinois 60068, fourteen (14) calendar days after mailing notification to the Debtor, the non-filing co-signer, the Debtor's attorney, and the trustee, unless during that period the Debtor shall tender funds to bring the loan post-petition current.

5. In the event the stay is modified pursuant to this order, all claims of the mortgage company shall be withdrawn.

AGREED:

/s/ Terri M. Long
Terri M. Long
Attorney for Creditor

/s/ David H. Cutler
David H. Cutler
Attorney for Debtor

ENTER:

/s/ Deborah L. Thorne
BANKRUPTCY JUDGE

DATED: 5/7/2019

Terri M. Long
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax: (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2, its Successors and/or Assigns