## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Anthony Spatola | ) | Chapter 13 |
| | ) | Case No. 18 B 28007 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Anthony Spatola
830 Parkwood Ave
Park Ridge, IL 60068

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On May 29, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, May 16, 2019.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL 60604

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On October 04, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 21, 2018, for a term of 60 months with payments of $3,858.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 7 | $26,158.00 | $15,008.00 | $11,150.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 05/15/2019
Due Each Month: $3,858.00
Next Pymt Due: 06/03/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 11/09/2018 | 1643907106 | $3,000.00 | 11/12/2018 | 5382617000 | $434.00 |
| 01/04/2019 | 5516754000 | $3,858.00 | 01/24/2019 | 5564019000 | $3,858.00 |
| 03/08/2019 | 5685766000 | $3,858.00 | | | |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE